1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN McAUTHOR McGEE, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>RICHARD KIRKLAND, Warden, )<br>)<br>Respondent. )<br>_____ ) | Case No. CV 05-5077-PSG (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND FINAL RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, de novo. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /
/ / /
/ / /

1    IT IS ORDERED that Judgment be entered:  (1) approving and adopting this Final Report and Recommendation;  (2) directing that Judgment be entered granting the Petition and ordering Respondent to release Petitioner unless the State of California grants Petitioner a new trial within one hundred twenty (120) days.

DATED:  June 18, 2010

HONORABLE PHILIP S. GUTIERREZ
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge