JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN McAUTHOR McGEE,<br><br>Petitioner,<br><br>vs.<br><br>RICHARD KIRKLAND, Warden,<br><br>Respondent. | Case No. CV 05-5077-PSG (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted and Respondent shall release Petitioner unless the State of California grants Petitioner a new trial within one hundred twenty (120) days.

DATED: June 18, 2010

HONORABLE PHILIP S. GUTIERREZ
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge