O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN McAUTHOR McGEE, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>)<br>RICHARD KIRKLAND, Warden, )<br>)<br>Respondent. )<br>_____ ) | Case No. CV 05-5077-PSG (OP)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Supplemental Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Supplemental Report and Recommendation. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1  IT IS ORDERED that Judgment be entered: (1) accepting this Supplemental Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: May 20, 2013

_____
HONORABLE PHILIP S. GUTIERREZ
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge