JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN McAUTHOR McGEE, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>RICHARD KIRKLAND, Warden, )<br>)<br>Respondent. )<br>_____ ) | Case No. CV 05-5077-PSG (OP)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 20, 2013

_____
HONORABLE PHILIP S. GUTIERREZ
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge